In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00378-CV**
_____

**IN RE CLEAR BLUE INSURANCE CO.**

**Original Proceeding
260th District Court of Orange County, Texas
Trial Cause No. 210396-C**

**ORDER**

Clear Blue Insurance Co., Relator, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator is a defendant in Trial Cause Number 210396-C, *Maribel Cano v. Clear Blue Insurance Company, et al.* Relator seeks a writ compelling the Honorable Steve Parkhurst, Judge of the 260th District Court of Orange County, Texas, to vacate a November 17, 2022, order denying Defendant's Opposed Motion for Continuance of Trial. *See* Tex. Gov't Code Ann. § 22.221.

1

Relator requests that the trial, currently set for December 5, 2022, be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial in Trial Cause Number 210396-C is STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED November 29, 2022.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.

2